## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF THE**
**CARPENTERS' HEALTH AND**
**WELFARE TRUST FUND**
**OF ST. LOUIS,**

**Plaintiffs,**

**v.**

**BRAIN BRUNKHORST**
**and THOMAS C. RICH,**

**Defendants.**                                    No. 05-CV-0382-DRH

### ORDER

**HERNDON, District Judge:**

On May 16, 2005, the Honorable Catherine D. Perry of the Eastern District of Missouri granted a temporary restraining order, upon notice, in this case (Doc. 5). On May 27, 2005, Judge Perry transferred this case to the judicial district and extended the temporary restraining order until June 7, 2005 (Doc. 27). The case was assigned to the undersigned district judge on May 31, 2005 (Doc. 31). Thereafter, the Court set this matter for hearing on the pending motions on June 3, 2005 at 9:30 a.m. (Doc. 32). The Court has been notified that Defendant/Attorney Thomas Rich cannot make the hearing on June 3rd as he is currently out of the country.

Therefore, the Court **RESETS** this matter for hearing on June 13, 2005 (the next available date on the Court's calendar).  Further, the Court, with *consent* of the parties, **EXTENDS the temporary restraining order previously entered by Judge Perry on May 16, 2005.  It remains in full force and effect until the hearing on Plaintiffs' request for preliminary injunction set for Monday, June 13, 2005 at 9:30 a.m., unless modified by Court order.**

**IT IS SO ORDERED.**

Signed this 1st day of June, 2005.

/s/    David RHerndon
United States District Judge
