UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE CARPENTERS' HEALTH AND WELFARE TRUST FUND OF ST. LOUIS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 05-382-DRH ) |
| BRIAN BRUNKHORST and THOMAS C. RICH, | ) ) ) |
| Defendants. | ) |

**ORDER**

Plaintiffs' Motion for Leave to File Reply having been filed, and the Court having considered the grounds for said motion and found them meritorious, it is **ORDERED** that Plaintiffs' Motion is granted, and Plaintiffs' Reply Memorandum submitted with said Motion shall be filed as part of the record of this case.  Plaintiffs shall filed the reply instanter.

Signed this 17th day of February, 2006.

/s/      David   RHerndon
United States District Judge