UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE CARPENTERS' HEALTH AND WELFARE TRUST FUND OF ST. LOUIS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BRIAN BRUNKHORST and THOMAS C. RICH,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 05-382-DRH<br>)<br>)<br>)<br>) |

**ORDER**

Plaintiffs' Motion for Refund of Cash Bond having been filed, and the Court having considered the grounds for said motion and found them meritorious, it is **ORDERED** that Plaintiffs' Motion is granted, and the Clerk is **ORDERED** to refund to Millar, Schaefer, Hoffmann & Robertson, Attorneys for Plaintiffs, the sum of $500.00 in cash deposited as security for the Temporary Restraining Order entered in this action.

Signed this 5th day of February, 2007.

/s/     David   RHerndon
United States District Judge